* IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00216-MSK-KLM

FIDEL M. KABYESIZA,

    Plaintiff,

v.

MANUEL RODRIGUEZ, and
ANDREW SMITH,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -1 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Plaintiff was granted leave to proceed *in forma pauperis* [Docket No. 6]. Since the filing of the initial complaint, Plaintiff filed an Amended Complaint [Docket No. 8] which names Manuel Rodriguez and Andrew Smith as Defendants.[1]

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants Rodriguez and Smith. If the Clerk is unable to obtain waivers of service from Defendants, the United States Marshal shall serve a copy of the Amended Complaint and Summons personally on Defendants or attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).

IT IS FURTHER **ORDERED** that Defendants Rodriguez and Smith shall respond to

---

[1] The other Defendants named in the original complaint have been dismissed. [Docket No. 9]

the Amended Complaint [Docket No. 8] within **ten (10) days** from the date of personal service or waiver of service pursuant to Fed. R. Civ. P. 15(a)(3).

Dated: June 30, 2010

BY THE COURT:

s/ Kristen L. Mix
United States Magistrate Judge
Kristen L. Mix

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00216-MSK-KLM

Fidel M. Kabyesiza
2323 Curtis Street
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Manuel Rodriguez and Andrew Smith

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Manuel Rodriguez and Andrew Smith: AMENDED COMPLAINT FILED 3/25/10, ORDER FILED 4/22/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/01/10.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                            Deputy Clerk